# UNITED STATES DISTRICT COURT
for the
## Western District of Kentucky
Owensboro Division

| | | |
|---|---|---|
| James T. Freshour<br>*Plaintiff* | ) ) ) | |
| v. | ) ) | Case No.  **4:11-cv-00130** |
| Portfolio Recovery Associates, Inc.,<br>*et al.* | ) ) ) ) | |

# ORDER

Plaintiff having moved to dismiss Portfolio Recovery Associates, Inc. as a party to this action and the Court being sufficiently advised, Portfolio Recovery Associates, Inc. is HEREBY DISMISSED from this action WITHOUT PREJUDICE. The case will proceed with Portfolio Recovery Associates, LLC as the sole defendant.

Copies to:  Counsel of record