**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

**CIVIL ACTION NUMBER: 4:11CV-130-M**

**JAMES T. FRESHOUR**                                            **PLAINTIFF**

**vs.**

**PORTFOLIO RECOVERY ASSOCIATES, INC.**             **DEFENDANT**

## ORDER

     The Court, having been advised by counsel that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

     The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:    Counsel of record